# United States District 5th Circuit Court of Mississippi

(Msp inmate)
David O'Neil Jones # 218660

Plaintiff's,

Complaint

RECEIVED
11/20/2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

4:25-cv-191-MPM-DAS

Vs.

MDOC Commissioner / Burl Caine
Unit 42 Hospital medical / Dr. Mathew Tipton
Dr. Frazier / Unit 42 Warden Terrence Davis  Dr. Cocker

## I. Jurisdiction & Venue

1.) This is a Civil Action Authorized By 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. Section 1331 And 1343 (a) (3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C Section 2283 & 2284 And rule 65 of the federal rules of Civil procedure.

2.) United States District Court of Mississippi 5th Circuit U.S. District Court 305 Main street room 329 greenville, Mississippi 38701-4006 is an appropriate venue under 28 U.S.C. Section 1391 (b) (2) Because Its where the events giving rise to this claim occured.

## II. Plaintiffs

1.) Plaintiff, David O'Neil Jones, is and was at all times mentioned herein a prisoner of the state of Mississippi in the custody of the Mississipp Department of Corrections. He/she is currently confined in Perchman State Penetentiary Sunflower County Mississippi.

## III. Defendants

1.) Defendat Burl Caine head of Mississippi Corrections Department is the Director/Commissioner of the state of Mississippi Department of Corrections. he is also legally responsible for the overall operation of the Department and each institution under its jurisdiction, including Mississippi state peneteniary unit 26-B.

2.) Defendant, warden Tarrence Davis is the superintedent/warden of Mississippi state penetentiary unit 26 he is legally responsible for the operation of unit 26-B and for the welfare of all the inmates in that Prison.

3.) Defendant; Dr. Methew Tipton is a Corrections officer of the Mississippi Department of Corrections who, at all times mentioned in this Complaint, held the rank of Dr./physician-Msp and was assigned to unit 26-B A-Zone.

4.) Defendant, Dr. Frezier is a Corrections officer of the Mississippi Department of Corrections who, at all times mentioned in this Complaint, held the rank of AHSA Dr. at unit-42 hospital.

5.) Each Defendant is sued individually and in his or her official Capacity. at all times mentioned in this Complaint each defendant acted under color state of law

6). Defendant, Dr. Cocker is a correction officer of the Mississippi Department of Corrections who, at all times mentioned in this complaint, hold by the rank of Dr. Cocker unit 42 hospital

## IV. Facts

On the date of _____ I was called in the hallway of prison Unit-26-13 A-Zone By % Senders for medical nurse this unknown women nurse asked me my MDOC Issued ID number I replied that I'm David Oneil Jones and my Inmate ID is 218660 and the nurse told me that my Bloodwork Came Back and I was Diagnosed with Diabetes and had a option of the shot or pill she Described as metformin and was told By this nurse I needed to take 2 metformin pills Daily as prescribed. I Did what I was told trustin that MDOC Medical Staff was aware of what they was Doin medically But I was wrong, my Third Day of Takin this metformin medication I Became Very Ill to the point of Constantly Vomiting Blood severe weight loss not Being Able to even move or walk So I got another Inmate to Contact my fiance Brandy Stephenson to Inform her of my situation and for her to Contact 42 Msp mississippi state penetentiary hospital Doctor's to notify them of my serious Condition I even filed grievance Complaints on behalf of my serious situation and was Denied Because I requested Medical Ex-rays on my stomache for proof of my Injuries from the Metformin medication. my fiance Brandy Stephenson Contact Unit 42 Medical staff and talked to Dr. Ms. Cocker on May, 7, 2025 Ms. Cocker told my fience

Brandy Stephenson who has not been looked at my files and admitted that I wasn't a diabetic and she didn't authorize me to be on metformin or signed anything. Dr. Ms. Cocker also violated the privacy act of 1974 (5 U.S.C. § 552a) and the freedom of Information Act (5 U.S.C § 552) I David Jones Inmate 218660 also has filed a health Information Privacy & Security Complaint which is seen in "Exhibit A. Ms. Cocker released all my Information to my fiancee Brandy Stephenson telling her my A1C and blood results without my consent, and after MDOC perchmen unit 42 medical staff was aware of my condition they still did nothing to assist my medical mistake on there behalf, and also failed to alert me to stop takin Metformin after the Medical staff was notified of my conditions I just witnessed two inmates in my community experience the same situation and nearly died as of result to perchman unit 42 hospital staff unproffessionalism and are well known for giving inmates medicines that's not approved to them. Now I'm suffering stomaches changes I've never had not being able to eat can't perform school duties because of pains hendering my ability to go home I have to work and go to class to prove I've changed but I'm not able because what this Metformin has done to my stomache"(Exibit B) is Metformin of Proof of taking this medication.

As you can see on (exhibit B.) my MDOC # is right But the first name is not mine and I notified medical staff and was not replied to.

## V. Exhaustion of legal remedies

1.) Plaintiff, David O'neil Jones used the prisoner grievance procedure available at Mississippi state penetentiary to try and solve the problem. On date 6-28-25 plaintiff David Jones presented the facts relating to this complaint. On 7-3-25 I got response David Jones was sent a response saying that the grievance had been denied. On 8-10-25 I appealed the denial of the grievances.

## VI. Legal Claims

1.) plaintiff's allege and incorporated by reference paragraphs 1- .

2.) The Indifference to medical needs, perchman unit 42 medical staff violated Plaintiff David Jones rights and constituted Due process and equal protection a Due proccess violation under the 14th amendment to the United States Constitution.

3.) The plaintiff has no plan, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreperably injured by the conduct of the defendants unless this court grants the Declaretory and injunctive relief which the plaintiff seeks.

# VII. Prayer for relief Wherefore,

Plaintiff respectfully prays that this Court enter judgement granting plaintiff:

1.) A Declaration that the Acts and omissions Described herein violated plaintiffs right under the Constitutional and laws of the United States.

2.) A preliminary and permanent Injunction ordering defendants Burl Caine / Dr Mathew Tipton / Warden Yarrence Davis Dr. Cocker / Unit 42 medical staff to stop giving inmates wrong medications And Be Aware of the Duties

3.) Compensatory Damages In the Amount of $6,000 Each Defendant, jointly and Seperately.

4.) Punitive Damages In the Amount of $3,000 against Each defendant.

5.) A jury trial on all Issues triable By jury.

6.) Plaintiff's Cost In this Suit.

7.) Any Additional relief this Court deems Just, Proper, and Equitable. Date: 9-15-25

respectfully Submitted, David Jones 218660

Ms Hwy 49 west parchman
Unit-26 B-Building A-Zone
#4 Parchman MS, 38738

# Verification

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Perchmen Mississippi on 9-15-25.

David O Jones

Plaintiff Name: David O'neil Jones

# In the United States District 5th Circuit Court of Mississippi

(Msp Inmate)

David O'Neil Jones #218660

Plaintiff.

## Summons

Vs.

MDoc Commissioner/Burl Caine

Unit 42 Hospital Medical Staff/

Dr. Methew Tipton / Dr. Frazier / Unit

26 Warden Terrence Davis / Dr. Cocker

To the Above-named defendants: you are hereby summoned and required to serve upon plaintiff's, whose address is Msp P.O. Box 830 Perchman, ms 39767 Unit-26-B-Building A-Zone, an answer to the complaint which is herewith served upon you, exclusive of the day of service, or 60 Days if the U.S. government or officer/agent thereof is a Defendant. If you fail to do so, Judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court Date: