IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DAVID O'NEIL JONES**                                                                    **PLAINTIFF**

**v.**                                                                                          **No. 4:25-cv-191-DAS**

**BURL CAIN, et al.**                                                               **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On November 21, 2025, the court entered an order requiring the plaintiff to submit a completed 1983 form and application to proceed in forma pauperis. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, he has not submitted a proper 1983 form and the in forma pauperis application he has filed is incomplete. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

     **SO ORDERED**, this, the 13th day of January, 2026.

                                                                               **/s/ David A. Sanders**
                                                                               **U.S. Magistrate Judge**